UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY O'NEAL BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BROWN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01184-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT AS UNNECESSARY<br><br>(ECF No. 5) |

　　　　Plaintiff Rodney O'Neal Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on July 29, 2014. On August 14, 2014, Plaintiff filed a motion for leave to amend his complaint to reflect the true name of a defendant. (ECF No. 5.)

　　　　Plaintiff has not previously amended and he therefore may amend once as a matter of right at this stage in the proceedings. Fed. R. Civ. P. 15(a)(1). As Plaintiff does not need leave of court to file an amended complaint, his motion is HEREBY DENIED as unnecessary.

IT IS SO ORDERED.

　　Dated: __August 15, 2014__　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1